UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-00769 AG (JDEx) | Date | October 25, 2019 |
|---|---|---|---|
| Title | HARVEY J THOMPSON V. COFIROUTE USA, LLC ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

## [IN CHAMBERS] ORDER REGARDING MOTION TO DISMISS

The Court has received notice of submission to its tentative ruling. Thus, this becomes the final order of this Court and the October 28, 2019 hearing in this matter is VACATED.

In April 2019, Plaintiff Harvey Thompson brought this putative class action against Defendants Orange County Transportation Authority, Riverside County Transportation Commission, and Cofiroute USA, LLC asserting several state law claims. Plaintiff's claims concern the operation of the 91 Express Lanes—an 18-mile toll road connecting Orange and Riverside Counties. Defendants now jointly move to dismiss this case under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. (*See generally* Mot. to Dismiss, Dkt. No. 32.)

All issues raised by Defendants' joint motion are conclusively answered by this Court's recent ruling on an identical motion in a related case, *Mathew Skogebo et al. v. Cofiroute USA, LLC et al.*, No. SACV 19-00739 AG (JDEx), slip op. (C.D. Cal. Oct. 24, 2019). *Skogebo* involved the same claims against the same Defendants asserted on behalf of a substantially similar California class. Thus, the Court's conclusions in *Skogebo* concerning jurisdiction apply equally here.

The Court GRANTS Defendants' joint motion to dismiss.

|   | : | 0 |
|---|---|---|
| Initials of Preparer | mku | |